## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   LARRY A JONES                                         CASE NO: 06-12890
                                                                CHAPTER 13

         DEBTORS(S)                                            JUDGE:  JANET S BAER

                                                               NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   AMERICAS SERVICING COMPANY

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 6000058775 ARRS | $ 3,198.75 | $ 3,198.75 | $ 3,198.75 |

Total Amount Paid the Trustee                                                   $   3,198.75

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                         __  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 11th day of   September, 2012.

Debtor(s)                                                                 Debtors Attorney

LARRY A JONES                                                  KONSTANTINE T SPARAGIS
5741 S WOLCOTT AVE                                        8 S MICHIGAN AVE #27FL
CHICAGO IL 60636                                              CHICAGO IL 606030000

Mortgage Arrearage Creditor

AMERICAS SERVICING COMPANY
1 HOME CAMPUS
MAC X2501-01D
DES MOINES IA 50328

Electronic Service US Trustee

Date: September 11, 2012                              /s/ Tom Vaughn

                                                                         Tom Vaughn, Chapter 13 Trustee
                                                                         Chapter 13 Trustee
                                                                         55 East Monroe Street, Suite 3850
                                                                         Chicago, Ill   60603